IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Tucson                          **CRIMINAL MINUTES**

CR 10-02206-001-TUC-RCC(JCG)                        Date: 2/23/2011
CASE NUMBER

Hon. TIM LEONARD, United States District Judge

USA v. RAMON MORALES-HERNANDEZ

DEFENDANT: ☒ Present ☐ Not Present ☐ Released ☒ Custody ☐ Writ

Deputy Clerk Michael E. Sears          Court Reporter: Aaron LaDuke

U.S. Atty: Brian Sardelli for Matthew Cassell

Interpreter: Jose Pina (telephonic)

Dft Atty: Richard Raynor, (AFPD)    ☒ Present

---

**JUDGMENT   [SENTENCE]**

☐ Defendant is placed on probation for a period of _____
   on Cts(s) __  ☐ with supervision ☐ w/o supervision

☒ Committed to the custody of the Bureau of Prisons to be imprisoned for a period of 30 Months on Cts(s) 1

☒ Supervised release term of 3 Years by law on Ct(s) 1

☐ Fine of $0 on Ct(s) 1                          TOTAL FINE $0

☐ Restitution of $0 ordered pursuant to 1:3580

☒ Special Assessment of $100.00 pursuant to 18:3013 on Ct(s) 1

☐ On Motion of U.S. Atty: Ct(s) _____

☐ Order bond exonerated          ☐ Bond exonerated upon surrender to USM

☐ Dft advised of right to appeal  ☐ Appeal bond set at $_____

☐ Dft to surrender under Voluntary Surrender Program as directed to the designated institution by the U.S. Marshal.

☒ The Court adopts the Magistrate Judge's Findings and Recommendations filed in this matter and accepts the defendant's plea of guilty.

☒ Addt'l conditions probation/supervised release: Not Reenter Illegally

☐ Other: _____